*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 9, 2015                    519753
_____

In the Matter of the Claim of
    JILL WILLETTE,
                    Respondent.

PARK RIDE FLY USA,                        MEMORANDUM AND ORDER
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Lahtinen, J.P., McCarthy, Rose and Devine, JJ.

                    _____

        Tabner, Ryan & Keniry, LLP, Albany (Brian M. Quinn of
counsel), for appellant.

        Cynthia Feathers, Glens Falls, for Jill Willette,
respondent.

                    _____

        Appeals from two decisions of the Unemployment Insurance
Appeal Board, filed December 13, 2013, which ruled, among other
things, that Park Ride Fly USA was liable for unemployment
insurance contributions based on remuneration paid to claimant
and others similarly situated.

        Substantial evidence supports the decisions of the
Unemployment Insurance Appeal Board that claimant and others
similarly situated were the employees of Park Ride Fly USA.  Park
Ride operates a website where individuals can reserve parking
near airports across the United States, and claimant worked for
it as a customer service agent.  Claimant was required to answer
telephone calls from customers, which were routed to her home

using specialized equipment that Park Ride provided.  She received several weeks of training to perform that work, and thereafter worked hours selected by her and approved by her supervisor.  Customer complaints were handled by Park Ride, and supervisors monitored calls in order to ensure quality control. Claimant was further required to detail the hours she worked, was paid a set amount per hour on a weekly basis, and was reimbursed for expenses.  Notwithstanding contrary evidence in the record, the Board could readily find from the foregoing that Park Ride "exercised sufficient direction and control over the services performed by claimant and other persons similarly situated to establish their status as employees" (Matter of Noblitt [Oxford Univ. Press–Hudacs], 193 AD2d 1033, 1033 [1993]; see Matter of Noel [Life Alert Emergency Response, Inc.–Commissioner of Labor], 38 AD3d 1082, 1083-1084 [2007]; Matter of Frattallone [Victor Addressing Corp.–Levine], 39 AD2d 984, 984 [1972]).

Park Ride's remaining argument has been considered and found to be lacking in merit.

Lahtinen, J.P., McCarthy, Rose and Devine, JJ., concur.

ORDERED that the decisions are affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court